UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| XINRONG ZHUANG, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 14-cv-13076-IT |
| | * | |
| BRIAN J. BENVIE, JR. et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

June 25, 2015

TALWANI, D.J.

After considering Magistrate Judge Kelley's June 4, 2015 Report and Recommendation [#57], and noting that there has been no objection, the court hereby ACCEPTS and ADOPTS the Report and Recommendation [#57] for the reasons set forth therein.  Defendant Westwood Pembroke Health System's Motion to Dismiss Plaintiff's Complaint [#43] is DENIED AS MOOT and its Corrected Motion to Dismiss [#45] is ALLOWED.  Defendant Westwood Pembroke Health System is dismissed from this case.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge