UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| XINRONG ZHUANG, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 14-cv-13076-IT |
| | * | |
| BRIAN J. BENVIE, JR. et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

May 4, 2016

TALWANI, D.J.

Upon de novo review, and after considering Plaintiff's Motion to Oppose the Revised Recommendation [#103] (hereinafter "Objections"), the court ADOPTS the Magistrate Judge's April 6, 2016 revised Report and Recommendation [#97].

Plaintiff's Objections misconstrue the December 8, 2015 Suffolk County Superior Court's ruling regarding the posting of a bond. [#76-24]. That ruling did not excuse Plaintiff from posting a bond. To the contrary, it states that "Plaintiff is required to file his bond 'with the clerk of the court in which the case is pending ….' G.L. c. 231, § 60B. Whether the Plaintiff has complied with the statute is a matter for the District Court to decide." (Emphasis in original).

Accordingly, for the reasons set forth in the Report and Recommendation, the Joint Motion of the Defendants, TAS-CGSMC, Inc., Steward Health Care System, LLC and UHS of Pembroke, Inc. d/b/a Pembroke Hospital, to Dismiss Plaintiff's Complaint for Failure to Post Statutory Bond [#75] is ALLOWED. Plaintiff's Motion to Oppose[] the Joint Motion of the Said Defendants, the TAS-CGSMC, Inc., Steward Health Care System, LLC and UHS of Pembroke, Inc., d/b/a Pembroke Hospital, and to Request this Court Deny Defendants' Request to Dismiss


<u>Plaintiff's Complaint for Failure to Post "Statutory Bond," and Request this Court Grant to Waive or Reduce the Bond, and Request for Hearing</u> [#83] is DENIED.

    IT IS SO ORDERED.

May 4, 2016                                                        /s/ Indira Talwani
                                                                                 United States District Judge